Joshua B. Swigart (SBN: 225557)
josh@westcoastlitigation.com
Robert L. Hyde (SBN: 227183)
bob@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Ste. 301
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 330-4657

**Attorneys for Plaintiff**
April Bonvillian

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL BONVILLIAN, <br><br> PLAINTIFF, <br><br> V. <br><br> UNITED AUTO CREDIT AND JOHN CONTRERAS, <br><br> DEFENDANTS. | CASE NO.:05-CV-01346 LJO <br><br> **STIPULATION TO REMAND MATTER TO STATE COURT** <br><br> HON. LAWRENCE J. O'NEILL |

**WHEREAS:**

1. This Court finds a lack of Subject Matter Jurisdiction in the above-captioned case, thereby preventing further prosecution of this matter in Federal Court;

//

//

2. As a result of this Court not having proper Subject Matter Jurisdiction, this matter will be remanded to a State court.

**THEREFORE IT IS HEREBY STIPULATED BETWEEN THE PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD THAT:**

1. Plaintiff resides in the City of Bakersfield, County of Kern, State of California;
2. The events giving rise to Plaintiff's causes of action occurred in the City of Bakersfield;
3. Venue is proper in the Superior Court of California for the County of Kern, Metropolitan Division, located at 1215 Truxtun Avenue, Bakersfield, CA 93301.

Dated: March 14, 2007  **HYDE & SWIGART**

By: /s/ Joshua B. Swigart
**Joshua B. Swigart,**
Attorney for the Plaintiff

Dated: March 14, 2007

By: /s/ Eric Lamhoffer
**Eric Lamhoffer,**
Attorney for Defendants

**ORDER**

Pursuant to the stipulation above and for good cause shown,

1. This Court does not have proper Subject Matter Jurisdiction in the above-captioned matter;
2. This action shall be remanded to State court;
3. Plaintiff resides in the City of Bakersfield, County of Kern, State of California;
4. The events leading to Plaintiff's causes of action occurred in the City of Bakersfield;
5. Accordingly, venue is proper in the Superior Court of California for the County of Kern, Metropolitan Division.
6. This matter will be remanded to Kern County Superior Court located at 1215 Truxtun Avenue, Bakersfield, CA 93301.

IT IS SO ORDERED.

Dated: March 16, 2007

HON. LAWRENCE J. O'NEILL
DISTRICT COURT JUDGE